## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| LOZETTA HAYDEN and DAVID HAYDEN | : |
| | : C.A. No. |
| v. | : |
| WERNER ENTERPRISES, INC. | : |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:

Defendant, Werner Enterprises, Inc., by and through its attorneys, Rawle and Henderson, LLP, respectfully aver as follows:

1. Plaintiff has commenced a civil action against defendants in the Superior Court of Delaware in and for New Castle County. The Complaint, being the original process in this case, was first received by defendant, Werner enterprises, Inc., no earlier than August 28, 2007. (*See attached Notice of Service of Process as Exhibit "B"*)

2. Accordingly, this Notice of Removal was timely filed within thirty (30) days of receipt of the information indicating that the jurisdictional amount may be satisfied pursuant to 28 U.S.C. §1446 (b).

3. In the Complaint, Plaintiffs alleged that as a result of the motor vehicle accident at issue in this lawsuit, she" suffered and will continue to suffer from painful, permanent and disabling injuries of the body and or mind, including, but not limited to, injuries of the back." *See Exhibit A ¶7.*

4. In addition, in the Complaint Plaintiff alleged that Lozetta Hayden has "incurred substantial medical expenses, loss of earnings, and loss of earning capacity and will continue to suffer the same for an indefinite time in the future." *See Exhibit A ¶8.*

5. Based upon a fair reading of the Complaint, plaintiff has set forth a claim in which an amount in excess of the jurisdictional limit of $75,000, exclusive of interest and costs, may be at stake.

6. Defendant, Werner Enterprises, Inc., at all material times, was and is a corporation incorporated under the laws of the State of Nebraska with its principal place of business located in Omaha Nebraska. *See Exhibit C.*

7. At all material times hereto, based upon information and belief, plaintiff is and was a citizen of Delaware. *See Exhibit A.*

9. Diversity of citizenship within the meaning of 28 U.S.C. §1332, exists between plaintiffs and defendants since:

    (a) plaintiff is a citizen and resident of the State of Delaware; and

    (b) defendant is not a citizen or resident of the State of Delaware.

10. Furthermore, diversity of citizenship existed at the time the action sought to be removed was commenced and continues through the time of filing of this notice, such that defendants are entitled to removal pursuant to 28 U.S.C. §1441 as amended, and 28 U.S.C. §1446.

WHEREFORE, defendant, Werner Enterprises, Inc. prays that the above-captioned action now pending in the Superior Court of Delaware in and for New Castle County, be removed there from to this Honorable Court.

                        RAWLE & HENDERSON LLP
                        By:_____
                            Delia A. Clark (DAC #3337)
                            Attorneys for Defendant, Werner Enterprises, Inc.
                            300 Delaware Avenue, Ste. 1015
                            Wilmington, DE 19801
                            (302) 778-1200

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the within-captioned Notice of Removal Pursuant to 28 U.S.C. §1446(d) was served via first-class mail, postage prepaid, on counsel for plaintiff listed below:

> L. Vincent Rammunno
> Ramunno, Ramunno & Scerba
> 903 N. French Street
> Wilmington, DE  19801

RAWLE & HENDERSON LLP

Delia A. Clark

Dated: September 25, 2007

2156174-1