# Exhibit A

EFiled: Aug 13 2007 2:43PM EDT
Transaction ID 15926871
Case No. 07C-08-116 JOH

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| LOZETTA HAYDEN and DAVID HAYDEN, her husband, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. |
| v. | ) ) | ARBITRATION CASE |
| WERNER ENTERPRISES, INC., | ) ) | Jury Trial by 12 Demanded |
| Defendant. | ) ) | ELECTRONIC FILING |

COMPLAINT - AUTO

1.   The Plaintiffs are residents of the State of Delaware.

2.   Defendant is a corporation of the State of Delaware and can be served by serving its Registered Agent, National Registered Agents, Inc., 160 Greentree Drive, Suite 101, Dover, DE  19904.

3.   On or about October 3, 2005, Plaintiff Lozetta Hayden was the driver of a motor vehicle that was involved in an automobile accident while traveling at or near Route 273 and Chapman Road in Newark, New Castle County, Delaware with a motor vehicle operated by Defendant's driver number 43470.

4.   The Defendant's vehicle was being operated by Defendant's Driver Number 43470 as an employee of Defendant.

5.   The accident was caused by the negligence of the Defendant's employee, namely Driver Number 43470 while in pursuance and furtherance of employer's business, the Defendant.

6.   The Defendant's Driver was negligent in that it:

   a.   Failed to keep a proper lookout, in violation of 21 Del. C. §4176(b);

   b.   Failed to keep motor vehicle under control;

   c.   Failed to drive with due regard for the safety of all persons using the highway;

   d.   Drove vehicle in a careless, imprudent, or inattentive manner, in violation of 21 Del. C. §4176;

e.      Failed to operate vehicle at an appropriately reduced rate of speed when approaching and crossing an intersection, in violation of 21 <u>Del. C.</u> §4168 (b);

f.      Drove vehicle at a speed greater than was reasonable and prudent under the conditions and not having due regard to the actual and potential hazards then existing, in violation of 21 <u>Del. C.</u> §4168(a);

g.      Failed to drive at a reasonable and prudent distance from the vehicle ahead, in violation of 21 <u>Del. C.</u> §4123(a);

h.      Drove vehicle in willful and wanton disregard for the safety of persons and property, in violation of 21 <u>Del. C.</u> §4175(a).

7.      As a direct and proximate result of Defendant's aforesaid negligence, Plaintiff Lozetta Hayden suffered, is suffering, and will continue to suffer from painful, permanent, and disabling injuries of the body and/or mind, including, but not limited to, injuries of the back.

8.      As a further direct and proximate result of Defendant's negligence, the Plaintiff Lozetta Hayden has incurred substantial medical expenses, loss of earnings, and loss of earning capacity and will continue to suffer the same for an indefinite time in the future.

9.      As a further proximate result of the Defendant's negligence, Plaintiff, David Hayden, sustained loss of consortium and loss of personal services.

10.     As a result of the Defendant's negligence, the Plaintiff suffered property damage.

        WHEREFORE, Plaintiff demands judgment against the Defendant for compensatory damages, plus interest and costs of this action.

        CERTIFICATION OF UNKNOWN DEFENDANTS; the undersigned certifies that limited discovery is necessary to ascertain unknown Defendants.

                                        RAMUNNO, RAMUNNO & SCERBA, P.A.

                                        <u>/s/ L. VINCENT RAMUNNO</u>
                                        **L. VINCENT RAMUNNO**
                                        Bar ID# 594
                                        903 N. French Street
                                        Wilmington, DE  19801
                                        Attorney for Plaintiff
                                        (302)656-9400

Dated: August 13, 2007

Exhibit B

## NATIONAL REGISTERED AGENTS, INC.

### SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: JIM MULLEN
WERNER ENTERPRISES, INC.
14507 FRONTIER RD.
OMAHA, NE 68138-

SOP Transmittal # **DE27649**

(800) 767-1553 - Telephone
(609) 716-0820 - Fax

Defendant: WERNER ENTERPRISES, INC.
(Entity Served)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of  **DELAWARE**  on this  28  day of  August  , 2007 . The following is a summary of the document(s) received:

1. **Title of Action:** lozetta & david hayden vs. werner enterprises, inc

2. **Document(s) served:**

   | | | |
   |---|---|---|
   | **X** Summons | __ Subpoena | __ Injunction |
   | **X** Complaint | __ Third Party Complaint | __ Notice of |
   | __ Petition | **X** Demand for Jury Trial | __ Mechanics Lien |
   | __ Garnishment | __ Default Judgement | __ Other: |

   *(handwritten:)* Higbee, Walter
   228670
   10-3-05
   YGB
   AHn   Nallen

3. **Court of Jurisdiction/** superior court, new castle county, de
   **Case & Docket Number:** 07c-08-116 joh

4. **Amount Claimed, if any:** n/a

5. **Method of Service** (select one):
   **X** Personally served by: __ Process Server   **X** Deputy Sheriff   __ U. S Marshall
   __ Delivered Via:   __ Certified Mail   __ Regular Mail   __ Facsimile
   (Envelope enclosed)   (Envelope enclosed)

   __ Other (Explain):

6. **Date and Time of Service:** 8/28/2007 9:22:02 AM EST (GMT -5)

7. **Appearance/Answer Date:** 20 Days

8. **Plaintiff's Attorney:** I vincent ramunno
   (Name, Address & Telephone Number) ramunno ramunno & scerba pa
   903 n french street
   wilmington de 19801
   302.656.9400

9. **Federal Express Airbill #** 798750453555

10. **Call Made to:** Not required

11. **Special Comments:**

**NATIONAL REGISTERED AGENTS, INC.**        **Copies To:**

Transmitted by: Debbie  Sealund

SEP 0 4 2007 YGB
SEP 0 5 2007 YGB

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a legal opinion.  It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ORIGINAL

AUG 2 9 2007 SLS

Exhibit C



# State of Delaware
## The Official Website for the First State



| Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites |

| State Directory | Help | Search Delaware | [GO] | Citizen Services | Business Services | Visitor Info. |

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions    View Search Results

## Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | **3201719** | Incorporation Date / Formation Date: | **03/27/2000** (mm/dd/yyyy) |
| Entity Name: | **WERNER ENTERPRISES, INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **FOREIGN** | State: | **NE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **NATIONAL REGISTERED AGENTS, INC.** | | |
| Address: | **160 GREENTREE DRIVE SUITE 101** | | |
| City: | **DOVER** | County: | **KENT** |
| State: | **DE** | Postal Code: | **19904** |
| Phone: | **(302)674-4089** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information  [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov