IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LOZETTA HAYDEN and DAVID HAYDEN, her husband, <br><br> Plaintiffs, <br><br> v. <br><br> WERNER ENTERPRISES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-588 (SLR) <br> ) <br> ) <br> ) <br> ) |

<u>PLAINTIFFS' MOTION TO REMAND TO THE SUPERIOR COURT</u>

The Plaintiffs herein move that this action be remanded to the Superior Court for the following reasons:

1. This is a personal injury claim and suit was filed in the Superior Court of Delaware. The Defendant removed the case to this Honorable Court and alleged that the Plaintiff has set forth a claim in which an amount in excess of the jurisdictional limit of $75,000, exclusive of interest and costs, may be at stake.

2. There is nothing in the Complaint that indicates that the claim exceeds the jurisdictional limit of $75,000, exclusive of interest and costs.

3. Defendant is self insured and the allegation that the claim exceeds $75,000 cannot be made in good faith since the Defendant is aware that the demand to settle this case was only for $7,500 and the Defendant only offered $1,000 to settle this claim.

4. The Defendant had indicated that there was no damage to Plaintiff's vehicle and that Plaintiff did not report being injured as can be seen by Exhibit A attached hereto.

5. The Defendant's attorney was placed on notice, pursuant to Rule 11, that this

allegation was frivolous and if it was not corrected in 21 days the undersigned would move for Rule 11 sanctions. Exhibit B

WHEREFORE, the Plaintiffs move that this case be remanded to the Superior Court since the Defendant cannot satisfy the jurisdictional limit and the Court has no jurisdiction.

RAMUNNO, RAMUNNO & SCERBA, P.A.

_____
L. VINCENT RAMUNNO
Bar ID# 594
903 N. French Street
Wilmington, DE 19801
Attorney for Plaintiff
(302)656-9400

Dated: November 15, 2007

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| LOZETTA HAYDEN and DAVID HAYDEN, her husband, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 07-588 (SLR) |
| WERNER ENTERPRISES, INC., | ) ) ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the Motion to Remand to Superior Court was served via e-filing and first-class mail, postage prepaid, on counsel for Defendant listed below.

Delia A. Clark, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE  19899-0588
Sent via mail and fax to 778-1400

RAMUNNO, RAMUNNO & SCERBA, P.A.

L. VINCENT RAMUNNO
Bar ID# 594
903 N. French Street
Wilmington, DE  19801
Attorney for Plaintiff
(302)656-9400

# WERNER ENTERPRISES
*Specialized Carrier*
PO Box 45308
Omaha, NE 68145
800-228-2240

October 19, 2005

Lawrence A. Ramunno
Ramunno, Ramunno & Scerba, P.A.
903 N. French Street
Wilmington, Delaware 19801-3371

Our File Number:    2005228670
Date of Loss:       10/3/2005
Your Client:        Lozetta Hayden

Dear Mr. Ramunno:

I am in receipt of your letter dated October 12, 2005, where you inform us that you have been retained to represent the client referenced above.

Please be advised that Werner Enterprises has a large self-insured retention. The self-insured retention itself is more than adequate to cover the potential value of this particular claim. Therefore, any claims related to this accident will be handled in our Risk Department. I am the adjuster handling this loss.

The facts of the loss indicate that our driver merely "rolled" into the rear of your client's vehicle causing no property damage. The investigating officer, TFC N. Terranova, Badge # 3437, also confirmed "no damage that indicates a traffic collision". There were also no injuries reported at the scene.

Therefore any claims submitted on behalf of this incident will be stringently scrutinized. Please submit repair order or estimate and photographs, and forward them to this office. If the damage is going to exceed $250.00, we require two competitive bids.

Should you have any questions regarding this matter, please feel free to contact the undersigned. Thank you.

Sincerely,

Yolanda G. Bryce, SCLA
Liability Claims Examiner
877-697-8056

Exhibit A

**RAMUNNO, RAMUNNO & SCERBA, P.A.**
ATTORNEYS-AT-LAW
903 N. FRENCH STREET
WILMINGTON, DELAWARE 19801-3371

(302) 656-9400
FAX (302) 656-9344

L. VINCENT RAMUNNO
LAWRENCE A. RAMUNNO
DAVID R. SCERBA
VINCENT RAMUNNO, JR
LOUIS JOSEPH RAMUNNO

MIDDLETOWN OFFICE
702 ASH BOULEVARD
MIDDLETOWN VILLAGE SHOPPING CENTER
MIDDLETOWN, DE 19709
(302) 376-9100

October 1, 2007

Delia A. Clark, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE   19899-0588

   Re: *Lozetta Hayden v Werner Enterprises, Inc.*
      *CA# 07C-08-116 JOH*
      *Your File No. 301,511*

Dear Ms. Clark:

  Your allegation in the Notice of Removal that the value of this claim is in excess of $75,000 is clearly frivolous. Your client and I assume you are aware that our demand was for only $7,500 and the most that your client would offer was $1,000. For your client to seek a removal knowing that there is a $75,000 jurisdictional requirement is clearly false and frivolous and in violation of Rule 11. Please be advised that this will serve as your notice that if this pleading or at least this allegation is not withdrawn within the time period provided in Rule 11, we will file a Motion for Sanctions pursuant to Rule 11.

               Very truly yours,

               L. Vincent Ramunno

LVR/ddl
  cc: Lozetta Hayden

Exhibit B