IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LOZETTA HAYDEN and DAVID HAYDEN,

      Plaintiffs,

v.

WERNER ENTERPRISES INC.,

      Defendant.

) ) ) ) ) ) ) ) ) ) )

Civ. No. 07-588-SLR

# O R D E R

At Wilmington this 13th day of February, 2008,

IT IS ORDERED that plaintiffs' motion to remand the above captioned case to the Superior Court of the State of Delaware in and for New Castle County (D.I. 8) is granted, with no opposition from defendant, as this court lacks jurisdiction pursuant to 28 U.S.C. § 1332(a). The motion for sanctions (D.I. 10) is denied without prejudice to renew in state court.

                                                                                                 United States District Judge