OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 14, 2008

Prothonotary
Superior Court of Delaware
New Castle County Courthouse
500 N. King Street
Wilmington, DE 19801

    Re:   Hayden et al v. Werner Enterprises, Inc.
           C.A. No. 07-588-SLR

Dear Prothonotary:

    Pursuant to the Remand Order (D.I. 13) dated February 13, 2008 by the Honorable Sue L. Robinson, I am transferring to you the record in C.A. No. 07-588 SLR, (DE # 07C-08-116-JOH). Enclosed are docket items 1-13. Also enclosed is a certified copy of the docket sheet reflecting those entries and a certified copy of the Order Granting Plaintiffs' Motion to Remand Case to Superior Court.

    Please acknowledge receipt of the same by signing and dating the enclosed copy of this letter. Upon doing so, the letter may be returned to me in the enclosed, self-addressed envelope. Thank you for your assistance in this matter. Please feel free to contact me at (302) 573-6129 should you have any questions.

                        Sincerely,
                        Peter T. Dalleo, Clerk of Court

                        By: *Nicole Fasano-Newman*, Deputy Clerk

Enclosure
cc:   All Counsel
       Honorable Sue L. Robinson



FILED
FEB 20 2008
U.S.
DISTRICT

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

PETER T. DALLEO, CLERK
UNITED STATES DISTRICT COURT
844 KING STREET, LOCKBOX 18
WILMINGTON DE 19801